IN THE UNITED STATE BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

IN RE:  LOUIS BENJAMIN MANN, JR.                              Case No. 14-50057

## TRANSMITTAL OF UNCLAIMED FUNDS

ELIZABETH G. ANDRUS, Trustee of this estate, reports the following:

(1) Final distribution has been made in this case.  The creditor(s) on the attached Stale Check Report were entitled to funds.

(2) The distribution check to the said creditor(s) was not present for payment within ninety (90) days; consequently, the Trustee herewith transmits said funds to the Clerk of Court for disposition in accordance with Title 28, Chapter 129, as provided for in U.S. Bankruptcy Code Section 347(a).

(2)  The distribution to the above creditor was returned undeliverable, consequently, the Trustee herewith transmits said funds to the Clerk of Court for disposition in accordance with Title 28, Chapter 129, as provided for in U.S. Bankruptcy Code Section 347(a).

(3)  A check made payable to the Clerk, U.S. Bankruptcy Court, in the total shown on the Stale Check Report, representing the value of said funds is attached hereto.

Lafayette, Louisiana, dated June 25, 2015.

/s/ Elizabeth G. Andrus
ELIZABETH G. ANDRUS, TRUSTEE
500 Dover Blvd., Suite 334
Lafayette, Louisiana 70503-5000
Telephone:  (337) 981-3858

**Trustee:** ELIZABETH G. ANDRUS (380170)
**Case:** 14-50057 - MANN, LOUIS BENJAMIN, JR.

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 5008714666 | 114 | 06/22/15 | Clerk, U.S. Bankruptcy Court | $28,481.56 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 5008714666 | 9 | 111 | 06/23/14 | 610 | Wiltz Paul Segura, Jr.<br>C/O Richard Becker<br>910 Harding St.<br>Lafayette, LA 70503 | 638,099.57 | 638,099.57 | 28,481.56 | 28,481.56 |

14-50057 - #81   File 06/25/15   Enter 06/25/15 15:04:57   Main Document   Pg 2 of 2

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.